

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 04-1509-DSF |
| Plaintiff, | ORDER OF DETENTION |
| vs. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| LUIS HUMBERTO CHAVEZ-GARCIA | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on _not legally here; no bail resources at this time._

1
2
3
4           and/or
5  B.   (✓)  The defendant has not met his/her burden of establishing by
6           clear and convincing evidence that he/she is not likely to pose
7           a danger to the safety of any other person or the community if
8           released under 18 U.S.C. § 3142(b) or (c). This finding is based
9           on: _not legally here._
10
11
12
13
14       IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:  3/29/09
18
19                                          _____
20                                          JENNIFER T. LUM
                                            UNITED STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28

2